**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BETTY HALL, URSULA HENLEY, and
ASHLEY KRUSWICKI,

                        **Plaintiffs,**

-vs-                                            Case No. 6:12-cv-29-Orl-18GJK

TENDER YEARS CHILDCARE AND
LEARNING CENTER II, INC., JOHNA
BLAIR, and JOHN DAWSON,

                        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

    This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION OF REMOVAL (Doc. No. 1)** |
| **FILED:** | **January 6, 2012** |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. | |

    On January 6, 2012, Plaintiffs, Betty Hall, Ursula Henley and Ashley Kruswicki, moved to remove (hereafter "Motion") the suit they originally filed in the "Circuit Court of the Eighteenth Judicial Circuit, in and for Brevard County, FL, entitled Betty Hall, Ursula Henley, Ashley Kruswicki, Plaintiffs, v. John Dawson Sr., 2190 Lakeside Av [sic], Melbourne, FL 32934-7878. Case number 05-2011-SC-032364." Doc. No. 1 at 1, ¶ 1. Plaintiffs attach copies

of all "process, pleadings and order served upon defendant in the state court action" and assert that removal to this Court is appropriate because they assert violations of the Fair Labor Standards Act (hereafter "FLSA"), an action over which this Court has original jurisdiction. Doc. No. 1 at 1, ¶¶ 2-3. Accordingly, "Plaintiff [sic] desires and is entitled to have this case removed from the County Court of the Nineteenth Judicial Circuit in and for Brevard County. [sic] Florida to the United States District Court for the Middle District of Florida, such being the district where said federal suit is pending." Doc. No. 1 at 2, ¶ 7.

A civil action filed in state court, "of which the districts courts of the United States have original jurisdiction, **may be removed by the defendant** or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending," unless an act of Congress provides otherwise. 28 U.S.C. § 1441(a) (emphasis added). "A **defendant or defendants** desiring to remove" a case to federal court must file a "notice of removal . . . containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such **defendant or defendants** in such action." 28 U.S.C. § 1446(a) (emphasis added).

The foregoing statutes clearly demonstrate that a plaintiff is not the appropriate party to remove a state court action to federal court. *See* 28 U.S.C. §§ 1441, 1446. A defendant is the only party that may remove an action filed in state court. *See id.*[1] Accordingly, it is **RECOMMENDED** that the Motion be **DENIED**.

---

[1] The Motion also contains a number of errors. In the caption, Ursula Henley is the only person named a plaintiff, but the Court's docket indicates that Betty Hall and Ashley Kruswicki are also named plaintiffs. In the Motion, Plaintiffs seem to indicate that the only defendant in the state action is John Dawson, Sr. Doc. No. 1 at 1, ¶ 1. Yet, the caption of the Motion and the Court's docket indicates multiple defendants. Plaintiffs state they filed their state court action in the Circuit Court for the Eighteenth Judicial Circuit, but request removal from the County Court of the Nineteenth Judicial Circuit in Brevard County. Doc. No. 1 at 1-2, ¶¶ 1, 5, 7. Florida's Nineteenth Judicial Circuit serves Martin, St. Lucie, Indian River and Okeechobee counties. *See* http://circuit19.org/.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on January 30, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties