UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BETTY HALL, URSULA HENLEY and
ASHLEY KRUSWICKI,

      Plaintiffs,

V.                                      Case No: 6:12-CV-29-Orl-18GJK

TENDER YEARS CHILDCARE AND
LEARNING CENTER II, INC.,
TENDER YEARS CHILDCARE AND
LEARNING CENTER II, INC., JOHN
DAWSON and JOHNA BLAIR

      Defendants.

## ORDER

This cause comes before the Court on the Motion for Removal (Doc. No. 1) by Plaintiff, filed on January 6, 2012. On January 30, 2012, the United States Magistrate Judge issued a report recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion for Removal is **DENIED** and the Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 16 day of February, 2012.

                                                G. KENDALL SHARP
                                     SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record