# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BETTY HALL, URSULA HENLEY and
ASHLEY KRUSWICKI,

        Plaintiffs,

V.                                Case No:  6:12-CV-29-Orl-18GJK

TENDER YEARS CHILDCARE AND
LEARNING CENTER II, INC.,
TENDER YEARS CHILDCARE AND
LEARNING CENTER II, INC., JOHN
DAWSON and JOHNA BLAIR

        Defendants.

---

## ORDER

This cause comes before the Court on the Motion for Removal (Doc. No. 1) by Plaintiff,

filed on January 6, 2012.  On January 30, 2012, the United States Magistrate Judge issued a

report recommending that the motion be denied.  No objections have been filed.  Therefore, it is

**ORDERED** that the report and recommendation of the magistrate judge is hereby

**APPROVED**.  The Motion for Removal is **DENIED** and the Clerk of the Court is directed to

**CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___ day of February, 2012.

                                  G. KENDALL SHARP
              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record